```
          IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                   FORT SMITH DIVISION
```

ARVIN STANLEY                                              PLAINTIFF

v.                       Civil No. 07-2118

STATE OF ARKANSAS                                          DEFENDANT

### O R D E R

Now on this 22ND day of February, 2008, comes on for consideration the **Magistrate Judge's Report and Recommendation** (Doc. 5) herein and the **Plaintiffs' Objections to the Magistrate Judge's Report and Recommendation** (Doc. 8).

The Court has reviewed this case *de novo* and, being well and sufficiently advised, finds that the plaintiff's objections offer neither law nor fact requiring departure from the Report and Recommendation and the same should be, and it hereby is, adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation of the Magistrate Judge** is **adopted** *in toto* and the plaintiff's complaint is **DISMISSED WITH PREJUDICE**.  Plaintiff's **"Motion for Orders" (Doc. 9)** is **DENIED**.

**IT IS SO ORDERED.**

> **/s/Jimm Larry Hendren**
> **HON. JIMM LARRY HENDREN**
> **UNITED STATES DISTRICT JUDGE**