```
              IN THE UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF ARKANSAS
                      FORT SMITH DIVISION


ARVIN STANLEY                                          PLAINTIFF

          v.              Civil No. 07-2118

STATE OF ARKANSAS                                      DEFENDANT
```

**O R D E R**

On February 22, 2008, the Court entered an Order (document #10) adopting the Report and Recommendation of the Magistrate Judge (document #5) filed in this case on December 5, 2007, and dismissed Petitioner's 28 U.S.C. § 2201 declaratory judgment action. Petitioner subsequently filed a notice of appeal and the case was forwarded to the Eighth Circuit Court of Appeals without a ruling as to whether a certificate of appealability should issue, as required by 28 U.S.C. § 2253. The Eighth Circuit remanded the case back to this Court for this limited purpose.

The Court finds that Petitioner has not made a "substantial showing of the denial of a constitutional right," as required for the issuance of a certificate of appealability. 28 U.S.C. § 2253(c)(2). Accordingly,

Petitioner's Motion for a Certificate of Appealability (documents # 19 and 20) is hereby **DENIED**.

**IT IS SO ORDERED** this 14th day of April 2008.

>                             <u>**/s/ Jimm Larry Hendren**</u>
>                             **JIMM LARRY HENDREN**
>                             **UNITED STATES DISTRICT JUDGE**